BARSHAY, RIZZO & LOPEZ, PLLC
Jitesh Dudani (SBN 316071)
*jdudani@brlfirm.com*
445 Broadhollow Road, Suite CL18
Melville, New York 11747
Telephone: (631) 210-7272
Facsimile: (516) 706-5055

*Counsel for Plaintiff Bob V. Tukin*

MAYER BROWN LLP
Christopher J. Kelly (SBN 276312)
 *cjkelly@mayerbrown.com*
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2025
Facsimile:  (650) 331-4525

*Counsel for Defendants TrueAccord Corp. and CVI SGP Acquisition Trust*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BOB V. TUKIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRUEACCORD CORP. and CVI SGP ACQUISITION TRUST,<br><br>Defendants. | Case No. 3:21-cv-01526-VC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Vince Chhabria |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Bob V. Tukin ("Plaintiff") and Defendants TrueAccord Corp. ("TrueAccord") and CVI SGP Acquisition Trust ("CVI") (collectively, "Defendants") hereby stipulate to the dismissal of Plaintiff's individual claims against Defendants with prejudice and dismissal of any claims of putative class members without prejudice, with each party to bear its own costs and fees.

| | | |
|---|---|---|
| Dated: May 26, 2021 | By: | /s/ Christopher J. Kelly |

Christopher J. Kelly  (SBN 276312)
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:      (650) 331-2025
Facsimile:       (650) 331-4525
*cjkelly@mayerbrown.com*

*Counsel for Defendants TrueAccord Corp. and CVI SGP Acquisition Trust*

By: /s/ Jitesh Dudani

Jitesh Dudani (SBN 316071)
BARSHAY, RIZZO & LOPEZ, PLLC
445 Broadhollow Road, Suite CL18
Melville, New York 11747
Telephone: (631) 210-7272
Facsimile: (516) 706-5055
*jdudani@brlfirm.com*

*Counsel for Plaintiff Bob V. Tukin*